UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- x
John C. Freudenberg, Laurent Barbou, Julien Blair, :
Charles Borger, Robert D'Ella and Keith Wilken, :
: 12-CV-2770 (ILG)
Plaintiffs, :
:
v. : **STIPULATION**
:
Medisys Management LLC d/b/a Medisys Health :
Network, The Jamaica Hospital, Brookdale :
University Hospital and Medical Center, and :
Flushing Medical Center, :
:
Defendants. :
---------------------------------------- x

    It is hereby stipulated and agreed, by and between the undersigned parties, through their respective counsel, that the time for defendants Medisys Management LLC d/b/a Medisys Health Network, The Jamaica Hospital, Brookdale University Hospital and Medical Center, and Flushing Medical Center (together, "Defendants"), to answer, move or otherwise respond to the Complaint in this action is extended up to and including August 10, 2012. Defendants waive any defects in service of process.

| | |
|---|---|
| THE LAW OFFICE OF RAYMOND NARDO<br><br>By: _____<br>    Raymond Nardo<br><br>129 Third Street<br>Mineola, NY 11501<br>(516) 248-2121<br><br>By: _____<br>    Louis Pechman<br><br>BERKE-WEISS & PECHMAN LLP<br>488 Madison Avenue<br>11th Floor Suite 1120<br>New York, NY 10022<br>Phone: 212-583-9500<br><br>*Attorneys for Plaintiffs* | SEYFARTH SHAW LLP<br><br>By: _____<br>    Lorie E. Almon<br>    Jeremi L. Chylinski<br><br>620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>(212) 218-5500<br><br>    Kristin G. McGurn<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, Massachusetts 02210<br>(617) 946-4800<br><br>*Attorneys for Defendants* |

**SO ORDERED:**

_____
Hon. I. Leo Glasser
United States District Judge
Dated: June ___, 2012